# EXHIBIT A

**ROBERT LAND, ESQUIRE**
The Curtis Center
601 Walnut Street, Suite 160 West
Philadelphia, PA 19106
(215) 627-1840; (215) 627-8222
Attorney ID #04741
Attorney for Plaintiffs



*Filed and Attested by the Office of Judicial Records* **MAJOR/NON-JURY ACTION** *5 pm A. SILIGRINI*

| | |
|---|---|
| CHRISTOPHER JAMES & JOSEPHINE MILLER<br>1547 N. Gratz Street, Unit "A"<br>Philadelphia, PA 19121 | : COURT OF COMMON PLEAS<br>:<br>: |
| Vs. | : JANUARY TERM, 2021<br>: |
| BRANDYWINE ELEVATOR CO., INC.,<br>t/a BRANDYWINE ELEVATOR CO.<br>300 B&O Lane<br>Wilmington, DE 19804 | :<br>:<br>:<br>: NO. |

## PRAECIPE TO ISSUE SUMMONS IN CIVIL ACTION

## (CODE: NEGLIGENCE, 2O, OTHER PERSONAL INJURY)

TO THE OFFICE OF JUDICIAL RECORDS:

Please enter my appearance on behalf of Christopher James and

Josephine Miller, the plaintiffs in the above captioned matter, and issue a Summons in

Civil Action.

I certify that this is a Major/Non-Jury action for other personal injury and

that the amount in controversy exceeds Fifty Thousand ($50,000.00) Dollars.

ROBERT LAND, ESQUIRE
Attorney for Plaintiffs

C.P. 97

# Commonwealth of Pennsylvania

## CITY AND COUNTY OF PHILADELPHIA

CHRISTOPHER JAMES & JOSEPHINE MILLER
1547 N. Gratz Street, Unit "A"
Philadelphia, PA  19121

     Vs.

BRANDYWINE ELEVATOR CO., INC.,
t/a BRANDYWINE ELEVATOR CO.
300 B&O Lane
Wilmington, DE  19804

COURT OF COMMON PLEAS

JANUARY _____ Term, 20 21

No. _____

MAJOR/NON-JURY ACTION;

CODE: NEGLIGENCE, OTHER PERSONAL INJURY, 20.

To(1)

       BRANDYWINE ELEVATOR CO., INC., t/a
       BRANDYWINE ELEVATOR CO.

You are notified that the Plaintiff(2)
*Usted esta avisado que el demandante(2)*

       CHRISTOPHER JAMES & JOSEPHINE MILLER

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



JOSEPH H. EVERS
*Prothonotary*

By _____

Date _____

210101175
19 JAN 2021 03:05 pm
A. SILIGRINI

(1) Name(s) of Defendant(s)
(2) Name(s) of Plaintiff(s)

10-208 (Rev. 6/00)

**COURT OF COMMON PLEAS**

JANUARY ___ Term, 20 21 ___ No. _____

CHRISTOPHER JAMES & JOSEPHINE MILLER
1547 N. Gratz Street, Unit "A"
Philadelphia, PA  19121

vs.

BRANDYWINE ELEVATOR CO., INC.,
t/a BRANDYWINE ELEVATOR CO.
300 B&O Lane
Wilmington, DE  19804

**SUMMONS**
IN
CIVIL ACTION

ROBERT LAND, ESQUIRE
The Curtis Center
601 Walnut Street, Suite 160 West
Philadelphia, PA  19106
(215) 627-1840; (215) 627-8222
Attorney ID #04741
Attorney for Plaintiffs

Case ID: 210101175